## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

                  Plaintiff,

vs.

TRISHA A. HAVEL,

                  Defendant.

4:21-CR-3075

MEMORANDUM AND ORDER

This matter is before the Court on the Magistrate Judge's Findings and Recommendation on a Guilty Plea (filing 30) recommending that the Court accept the defendant's plea of guilty. There are no objections to the findings and recommendation. Pursuant to 28 U.S.C. § 636(b)(1)(C) and NECrimR 11.2(d), the Court has conducted a de novo review of the record and adopts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED:

1.  The Magistrate Judge's Findings and Recommendation on a Guilty Plea (filing 30) are adopted.
2.  The defendant is found guilty. The plea is accepted. The Court finds that the plea of guilty is knowing, intelligent, and voluntary, and that a factual basis exists for the plea.
3.  This case shall proceed to sentencing.

Dated this 6th day of December, 2022.

BY THE COURT:

John M. Gerrard
United States District Judge